UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

UNITED STATES OF AMERICA,

Plaintiff,

v.

DELBERT DANIEL GEORGE

Defendant.

Case No. 3:13-cr-00198-BLW

**REPORT AND
RECOMMENDATION**

On February 18, 2014, Defendant Delbert Daniel George appeared before the

undersigned United States Magistrate Judge to enter a guilty plea pursuant to a written

plea agreement. The Defendant executed a waiver of the right to prosecution by

Indictment and the right to have the presiding United States District Judge take his plea to

the Superseding Information. Thereafter, the Court explained to the Defendant the nature

of the charges contained in the applicable Superseding Information (Dkt. 47), the

maximum penalties applicable, his Constitutional rights, the impact that the Sentencing

Guidelines will have, and that the District Judge will not be bound by the agreement of

the parties as to the penalty to be imposed.

The Court, having conducted the plea hearing and having inquired of the

Defendant, counsel, and the government, finds that there is a factual basis for the

Defendant's guilty plea, that he entered it voluntarily and with full knowledge of the

consequences, and that the plea should be accepted. The undersigned also ordered a

pre-sentence investigation to be conducted and a report prepared by the United States Probation Office.

## **RECOMMENDATION**

### **NOW THEREFORE IT IS HEREBY RECOMMENDED:**

1)    The District Court accept Defendant Delbert Daniel George's plea of guilty to Count One of the Superseding Information (Dkt. 47),

2)    The District Court **GRANT**, at the appropriate time, the United States' motion to dismiss the Indictment (Dkt. 14) as to Defendant.

Written objections to this Report and Recommendation must be filed within fourteen (14) days pursuant to 28 U.S.C. § 636(b)(1) and Local Rule 72.1(b), or as a result of failing to do so, that party may waive the right to raise factual and/or legal objections to the United States Court of Appeals for the Ninth Circuit.

DATED: February 18, 2014

CANDY WAGAHOFF DALE
CHIEF U.S. MAGISTRATE JUDGE